IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal Action No. 05 – 113 |
| DAVID M. SHELOR, | |
| Defendant. | |

REDACTED

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about October 17, 2005, in the State and District of Delaware, the defendant, DAVID M. SHELOR, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about February 17, 1984, in the Kent County Superior Court, did knowingly possess in and affecting commerce firearms, to wit: (1) Franchi shotgun, model Hunter, .20 gauge, s/n FC64308; (2) Ithaca shotgun, model 37 Ultrafeatherlight, .20 gauge, s/n 371666980; (3) FN (Browning) shotgun, model Light Twelve, .12 gauge, s/n 71653; and (4) Stevens shotgun, model 520-30, .12 gauge, s/n 48583, all in violation of

FILED
DEC 1 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

______________________________
Foreperson

COLM F. CONNOLLY
United States Attorney

By: ______________________________
Douglas E. McCann
Assistant United States Attorney

Date: December 15, 2005