IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05- 113 |
| ) | |
| DAVID M. SHELOR ) | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, David M. Shelor, as a result of the Indictment returned against him on December 15, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Dated: December 15, 2005

AND NOW, this 15th day of December, 2005, upon the foregoing Motion,

IT IS ORDERED that a warrant issue for the arrest and apprehension of David M. Shelor.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE