AO 442 (Rev. 5/93) Warrant for Arrest

## UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

DAVID M. SHELOR

**WARRANT FOR ARREST**

Case Number: CR 05-113-UNA

~~SEALED~~ UNSEALED 1/12/06 KJC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    DAVID M. SHELOR
                                                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complain ☐ Order of court    Violation    Probation Violation Petition

charging him or her    (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

in violation of    18    United States Code, Section(s)    922(g)(1) and 924(a)(2)

Peter T. Dalleo
Name of Issuing Officer

By: [signature], Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

December 16, 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
                                                                      Name of Judicial Officer

FILED JAN 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

[signature: David Shelor]

| DATE RECEIVED 12-16-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 1-11-06 | William David, DUSM | [signature] William A. [illegible] |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____