UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

*FILED IN OPEN COURT 1/19/06 KJK*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. CR05-113-GMS |
| vs. ) | |
| ) | |
| DAVID SHELOR ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on 1/14/06 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until FEB 16, 2006. The time between the date of this order and FEBRUARY 16, 2006. shall be excludable under the Speedy Trial Act (18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED
JAN 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE