IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-113 GMS |
| | : |
| DAVID M. SHELOR | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the Change of Plea Hearing regarding the above-named defendant is scheduled **Tuesday, February 21, 2006, at 2:00 p.m.,** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

February 3, 2006